UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANTHONY MEDINA,                     :   15-cv-1955(LAP)
                                    :
                  Plaintiff,        :
                                    :   ORDER
      v.                            :
                                    :
LUCY BUTHER, et al.,                :
                                    :
                  Defendants.       :
                                    :
------------------------------------X

LORETTA A. PRESKA, Senior United States District Judge:

   Following Magistrate Judge Netburn's information that the matter has been settled, the Clerk of the Court shall mark this action closed, subject to reopening within 30 days if the settlement is not effected, and all pending motions denied as moot.

   SO ORDERED.

Dated:    New York, New York
          December 3, 2019

                                   /s/ Loretta A. Preska
                                   LORETTA A. PRESKA
                                   Senior United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12-3-19

1