UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANTHONY MEDINA,**<br><br>                              Plaintiff,<br><br>-against-<br><br>**NEW YORK STATE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION, ET AL.**<br>                              Defendants. | 15 Civ. 1955 (LAP)<br><br>**NOTICE OF UNOPPOSED MOTION FOR CREATION OF A SUPPLEMENTAL NEEDS TRUST**<br><br>**ECF CASE** |

**PLEASE TAKE NOTICE** that on the _____ day of January, 2020 at 9:00am or as soon thereafter as counsel may be heard, attorneys for Plaintiff, Law Office of Amy Jane Agnew, P.C., shall move, before the Honorable Loretta A. Preska, U.S.D.J., United States Courthouse, Room 12A, 500 Pearl Street, New York, New York 10007, for the entry of Order pursuant to 42 U.S.C. 1396p(d)(4)(A) ordering the creation of a Supplemental Needs Trust conforming to the requirements of NY EPTL 7-1.12(a)(5), as well as the applicable regulations of the New York State Department of Health for the benefit of Plaintiff, Anthony Medina.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff shall rely upon this Notice of Motion, the Letter Brief in Support of Plaintiff's Motion and the Declaration of Amy Jane Agnew, Esq., with exhibits, along with the docket to date in this case.

Dated: January 21, 2020
       Far Hills, New Jersey

_____/s/ Amy Jane Agnew____
Amy Jane Agnew, Esq.,
*Counsel for Plaintiff*
**Law Office of Amy Jane Agnew, Esq.**
24 Fifth Avenue, Suite 1701
New York, New York 10011
