```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ANTHONY MEDINA,

        Plaintiff,

-against-                              15 Civ. 1955 (LAP)

NEW YORK STATE DEPARTMENT OF           ORDER
CORRECTION AND COMMUNITY
SUPERVERISION, et al.,

        Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

To the extent Defendants intend to oppose Plaintiff's motion for the creation of a supplemental needs trust [dkt. no. 498], they shall do so no later than Saturday, January 25, 2020.

Dated:   New York, New York
          January 23, 2020

                                 /s/ Loretta A. Preska
                                 LORETTA A. PRESKA
                                 Senior United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____