USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

ANTHONY MEDINA,

                              Plaintiff,      15 Civ. 1955 (LAP)

-against-                            **ORDER**

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY SUPERVISION,
et al.,

                              Defendants.
------------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    The parties in the above-captioned matter having reached a settlement agreement to be so ordered by the Court, and having agreed upon the amount DOCCS will pay Plaintiff, Anthony Medina, subject to the provisions of the settlement agreement and order, and having agreed that same shall be made payable to Plaintiff Anthony Medina by means of the Anthony Medina Supplemental Needs Trust in accordance with NY EPTL 7-1.12, and the proposed trust having been submitted to this Court for approval, and

    NOW, upon the filing and reading of the papers for both parties, and in particular the proposed supplemental needs trust, the Court finds that Anthony Medina, the Beneficiary, is a disabled person as defined in Social Security Act, § 1614(a), and 42 U.S.C. § 1382(a)(3); and that it would be in the best interests of the Beneficiary for this Court to enter an order

and decree establishing the "Anthony Medina Supplemental Needs Trust," as specified in 42 U.S.C. § 1396p(d)(4), as amended August 10, 1993, by the Revenue Reconciliation Act of 1993, Pub. L. 103-55.

IT IS THEREFORE ORDERED AND DECLARED, that the proposed Anthony Medina Supplemental Needs Trust is approved and established for the benefit of Anthony Medina, a disabled person.

SO ORDERED.

Dated: New York, New York
January 27, 2020

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge